# EXHIBIT 3

Email from John Minter, TCEQ Staff Attorney to Gabriel Clark-Leach
Re: Power Plant Agreed Orders (June 21, 2021)

| | |
|---|---|
| **From:** | John Minter |
| **To:** | Gabriel Clark-Leach |
| **Subject:** | RE: Power Plant Agreed Orders |
| **Date:** | Monday, June 21, 2021 5:27:19 PM |

Hey Gabriel,

Yes, we submitted the SIP revision (Agreed Orders and SIP narrative) to EPA on August 20, 2020.  As far as I know, Region 6 has it under review but I do not know if they are actively reviewing it or not.  I cannot recall who in the region it is assigned to but I bet Guy Donaldson would know.

Hope you are well.

*John M. Minter*

Staff Attorney
Environmental Law Division, Office of Legal Services
Texas Commission on Environmental Quality
John.minter@tceq.texas.gov



CONFIDENTIAL/ATTORNEY-CLIENT DOCUMENT/ATTORNEY WORK PRODUCT
DO NOT RELEASE OUTSIDE OF THE COMMISSION EXCEPT WITH EXPRESS PERMISSION OF THE OFFICE OF LEGAL SERVICES

**From:** Gabriel Clark-Leach <gclark-leach@environmentalintegrity.org>
**Sent:** Monday, June 21, 2021 4:36 PM
**To:** John Minter <john.minter@tceq.texas.gov>
**Subject:** Power Plant Agreed Orders

Hey John,

Hope you're doing alright.  It's been a while since we butted heads.  I'm writing to check in on the status of those agreed orders that the TCEQ issued to coal fired power plants with ESPs.  I found the August 2020 Commission order, but I wasn't able to figure out whether Texas has filed its application for a SIP revision to incorporated the orders.  Has TCEQ filed such and application, and if so, when?  I'd appreciate any details you're willing to provide regarding the status of this project.  Feel free to give me a call at the number below if you'd rather chat than respond via email.

Best,
Gabriel Clark-Leach
Senior Attorney
Environmental Integrity Project
1206 San Antonio St.

Austin, Texas 78701
(425) 381-0673