UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Environmental Integrity Project and Sierra Club,<br><br>  Plaintiffs,<br><br>  v.<br><br>Michael Regan, in his official capacity as Administrator, U.S. Environmental Protection Agency,<br><br>  Defendants. | Case No. 1:22-cv-3063 |

## JOINT MOTION TO STAY PENDING SETTLEMENT NEGOTIATIONS

The parties respectfully move the Court to stay all deadlines in this matter for a period of 45 days, pending the parties' settlement discussions. In support of their motion, the parties state as follows:

1. The Complaint was filed on October 10, 2022. ECF No. 1.

2. Defendants' response to the Complaint is presently due December 12, 2022.

3. The parties are currently engaged in settlement discussions which, if successful, would fully resolve this action.

4. The parties request a stay of the action, including Defendants' obligation to serve a response to the Complaint under Federal Rule of Civil Procedure 12, so that the parties may focus on their settlement discussions.

5. The requested stay will allow the parties time to negotiate a settlement, will expedite the resolution of this matter, and conserve judicial resources.

6. The parties propose that by no later than January 26, 2023, 45 days from Defendant's current deadline to file a response, they will file a joint status report advising the Court of the status of their settlement discussions. In their report, the parties will either propose a schedule for the continuation of the litigation or seek an extension of the stay.

WHEREFORE, for the reasons stated above, the parties respectfully request that the Court enter an Order staying the proceedings in this case, including the response to the Complaint currently due by December 12, 2022, until January 26, 2023.

Dated: December 5, 2022

/s/ Jin Hyung Lee
Jin Hyung Lee
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-2640
jin.hyung.lee@usdoj.gov

*Counsel for Defendants*

/s/ Sanghyun Lee
Sanghyun Lee
DC Bar No. 1632212
Environmental Integrity Project
1000 Vermont Ave. NW, Ste. 1100
Washington, DC 20005
Telephone: (202) 263-4441
Facsimile: (202) 296-8822
SLee@environmentalintegrity.org

*Counsel for Plaintiffs*