UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Environmental Integrity Project and Sierra Club,<br><br>        Plaintiffs,<br>  v.<br><br>Michael Regan, in his official capacity as Administrator, U.S. Environmental Protection Agency,<br><br>        Defendant. | Case No. 1:22-cv-3063 |

**JOINT MOTION TO ENTER CONSENT DECREE**

Plaintiffs Environmental Integrity Project and Sierra Club (collectively, "Plaintiffs") and Defendant Michael Regan, in his official capacity as Administrator of the United States Environmental Protection Agency ("EPA," and with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby jointly move the Court to enter the attached proposed consent decree. In support of this request, the Parties state as follows:

1. On October 10, 2022, Plaintiffs filed a Complaint alleging that Defendant had failed to comply with his statutory duty, under 42 U.S.C. § 7410(k)(2)-(3), to take final action to approve or disapprove, in whole or in part, Texas's revision to its state implementation plan. ECF No. 1.

2. Thereafter, the Parties negotiated a proposed consent decree that would resolve the substantive claims of Plaintiffs' complaint. A copy of the proposed consent decree is attached hereto as **Exhibit A**.

3. On February 17, 2023, as required by the Clean Act, 42 U.S.C. § 7413(g), EPA published in the Federal Register notice for public comment on a proposed consent decree in the

above-captioned action. *See* 88 Fed. Reg. 10318 (February 17, 2023 Proposed Consent Decree, Clean Air Act Citizen Suit). The 30-day comment period closed on March 20, 2023.

    4.    That notice and comment process is now complete, and no comments were received.

    5.    Accordingly, the Parties desire that the Court enter the proposed consent decree.

    6.    In the proposed consent decree, the Parties state their agreement that the proposed consent decree is fair, reasonable, and in the public interest.

WHEREFORE, the Parties respectfully request that the Court to enter the proposed consent decree in Exhibit A.

Dated: March 28, 2023                                Respectfully submitted,

                                                        TODD KIM
                                                        ASSISTANT ATTORNEY GENERAL
                                                        ENVIRONMENT AND NATURAL
                                                               RESOURCES DIVISION

| | |
|---|---|
| */s/ Sanghyun Lee* | */s/ Jin Hyung Lee* |
| Sanghyun Lee | Jin Hyung Lee |
| DC Bar No. 1632212 | U.S. Department of Justice |
| Environmental Integrity Project | Environment & Natural Resources Division |
| 1000 Vermont Ave. NW, Ste. 1100 | Environmental Defense Section |
| Washington, DC 20005 | P.O. Box 7611 |
| Telephone: (202) 263-4441 | Washington, D.C. 20044 |
| Facsimile: (202) 296-8822 | (202) 514-2640 |
| SLee@environmentalintegrity.org | jin.hyung.lee@usdoj.gov |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |