UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Environmental Integrity Project and Sierra Club,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>Michael Regan, in his official capacity as Administrator, U.S. Environmental Protection Agency,<br><br>　　　　　　Defendant. | Case No. 1:22-cv-3063 |

**NOTICE OF JOINT STIPULATION TO
EXTEND CONSENT DECREE DEADLINE**

On March 28, 2023, the Court entered a consent decree in the above-referenced case, ECF 13. Paragraph 4 of the consent decree provides that EPA shall sign a final rule approving, conditionally approving, or disapproving, in whole or in part, a Texas submission titled, "2020 SIP Revision and Agreed Orders," on or before October 1, 2024. Pursuant to Paragraph 7 of the consent decree, the parties provide notice of their stipulation to extend this deadline by approximately two months to December 6, 2024. All other provisions of the consent decree remain unchanged.

Dated: July 11, 2024

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Jin Hyung Lee
　　　　　　　　　　　　　　　　　　　　　　　　Jin Hyung Lee
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　　　　Environment & Natural Resources Division
　　　　　　　　　　　　　　　　　　　　　　　　Environmental Defense Section
　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 7611
　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20044
　　　　　　　　　　　　　　　　　　　　　　　　(202) 514-2640

1

jin.hyung.lee@usdoj.gov

*Counsel for Defendant*


*/s/ Sanghyun Lee*
Sanghyun Lee
DC Bar No. 1632212
Environmental Integrity Project
1000 Vermont Ave. NW, Ste. 1100
Washington, DC 20005
Telephone: (202) 263-4441
Facsimile: (202) 296-8822
SLee@environmentalintegrity.org

*Counsel for Plaintiffs*